United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KLAUS BIESENBACH,
Plaintiff,

v.

EDUARDO GUZMAN,
Defendant.

Case No. 26-cv-11011-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Virginia K. DeMarchi to determine whether it is related to *Biesenbach v. John Doe*, Case No. 26-cv-10710-VKD.

**IT IS SO ORDERED**.

Dated: September 29, 2026

SALLIE KIM
United States Magistrate Judge